UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00382-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIGUEL SALAIS-DOMINGUEZ,
2. MIGUEL ANGEL CORTEZ,
3. ABELARDO CARMONA-GARCIA, JR., a/k/a "Papitas,"
4. ABRAHAM ANCHONDO-RAMIREZ,
5. OMAR DARIO CORRAL-AGUILERA,
6. JOHN APODACA,
7. PAUL MONTOYA,

    Defendants.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, September 10, 2010,** and responses to these motions shall be filed by **Friday, September 24, 2010.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Monday, September 27, 2010, at 9:00 a.m. in courtroom A-1002** It is

FURTHER ORDERED that a 10-day jury trial is set for **Monday, September 27, 2010, at 1:00 p.m. in courtroom A-1002.**

Dated this 29th day of July, 2010.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF U. S. DISTRICT JUDGE