UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00382-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIGUEL SALAIS-DOMINGUEZ,
2. MIGUEL ANGEL CORTEZ,
3. ABELARDO CARMONA-GARCIA, JR., a/k/a "Papitas,"
4. ABRAHAM ANCHONDO-RAMIREZ,
5. OMAR DARIO CORRAL-AGUILERA,
6. JOHN APODACA,
7. PAUL MONTOYA,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A status conference and hearing on Defendant Abelardo Carmona-Garcia, Jr.,'s Unopposed Motion for Ends of Justice Continuance is set for **Monday, August 30, 2010, at 2:30 p.m. All Defendants are required to attend**, and case management deadlines will be set at the hearing. By no later than **Thursday, August 26, 2010**, the Government and Defendants other than Carmona-Garcia shall file a document indicating their position regarding an ends of justice continuance.

    Dated this 12th day of August, 2010.