UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.   10-cr-00382-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MIGUEL SALAIS-DOMINGUEZ,
2. MIGUEL ANGEL CORTEZ,
3. ABELARDO CARMONA-GARCIA, JR., a/k/a "Papitas,"
4. ABRAHAM ANCHONDO-RAMIREZ,
5. OMAR DARIO CORRAL-AGUILERA,
6. JOHN APODACA,
7. PAUL MONTOYA,

    Defendants.

**ORDER**

    This matter came before the Court on February 16, 2011, on a status conference.  In accordance with my rulings at the hearing, it is

    ORDERED that on or before **Friday, March 4, 2011**, a statement shall be filed with the Court as to the status of discovery matters and what matters, if any, need to be resolved the Court.  It is

    FURTHER ORDERED that the Government shall file a proffer of the co-conspirator statements that it intends to offer at trial by **Friday, March 18, 2011**.  This proffer shall be in the form of a chart that details the nature of the conspiracy and the members thereof, what specific statements are to be offered, the declarant(s), the basis of admission of such statements, and how such statements are in furtherance of the

conspiracy. Defendants shall file a response to this proffer by **April 18, 2011**. Finally, it is

ORDERED that a full-day hearing is set for **Wednesday, May 11, 2011** commencing at **9:00 a.m.** This hearing will address the admissibility of co-conspirator statements as well as any discovery matters that remain unresolved. This hearing will address the admissibility of co-conspirator statements in this case as well as Case No. 10-cr-00531, since the Government has indicated that there is an overlap in the evidence regarding these statements in both cases.

Dated: February 25, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge