UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00382-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. MIGUEL SALAIS-DOMINGUEZ,
2. MIGUEL ANGEL CORTEZ,
3. ABELARDO CARMONA-GARCIA, JR., a/k/a "Papitas,"
4. ABRAHAM ANCHONDO-RAMIREZ,
5. OMAR DARIO CORRAL-AGUILERA,
6. JOHN APODACA,
7. PAUL MONTOYA,

     Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A hearing on pending discovery issues is set for **Tuesday, April 26, 2011, at 1:30 p.m.** The hearing is set jointly in this case and in Case No. 10-cr-00531-WYD.

     Dated this 10th day of March, 2011.