UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00382-WYD

UNITED STATES OF AMERICA,

	Plaintiff,

v.

2.  MIGUEL ANGEL CORTEZ,

	Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

	A Notice of Disposition was received in the above captioned matter on May 2, 2011.  A Change of Plea Hearing is **SET** for **Thursday, August 18, 2011, at 10:00 a.m.** in Courtroom A-1002.

	**Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

	Dated: May 6, 2011