**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | October 28, 2011 | Probation: | Lisa Pence |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **10-cr-00382-WYD**
     **and 10-cr-00531-WYD**

Counsel:

UNITED STATES OF AMERICA,                    Susan "Zeke" Knox

     Plaintiff,

v.

**2.  MIGUEL ANGEL CORTEZ**,                 Frank E. Moya

     Defendant.

## SENTENCING

**2:05 p.m.**   Court in Session - Defendant present (in-custody)

**Change of Plea Hearing - Wednesday, August 10, 2011, at 9:00 a.m.
Plea of Guilty - count one of Indictment in 10-cr-00382-WYD and count one
of Indictment in 10-cr-00531-WYD.**

APPEARANCES OF COUNSEL.

Court's opening remarks.

2:08 p.m.   Statement and argument on behalf of Government (Ms. Knox).

2:12 p.m.   Statement and argument on behalf of Defendant (Mr. Moya).

2:13 p.m.   Statement by Defendant on his own behalf (Mr. Cortez).

Court makes findings.

-1-

**ORDERED:**   Government's Motion for Decrease for Acceptance of Responsibility (ECF Doc. #111 in 10-cr-00382-WYD), filed October 14, 2011, is **GRANTED.**

   Order is **APPROVED BY THE COURT.**

**ORDERED:**   Government's Motion for Decrease for Acceptance of Responsibility (ECF Doc. #270 in 10-cr-00531-WYD), filed October 14, 2011, is **GRANTED.**

   Order is **APPROVED BY THE COURT.**

**ORDERED:**   Government's Motion for Downward Departure Pursuant to 5K1.1 (ECF Doc. #272 in 10-cr-00531-WYD), filed October 14, 2011, is **GRANTED.**

**ORDERED:**   Government's Motion for Downward Departure Pursuant to 5K1.1 (ECF Doc. #113 in 10-cr-00382-WYD), filed October 14, 2011, is **GRANTED.**

**ORDERED:**   Defendant be **imprisoned** for **43** months on each of count one of Indictment in 10-cr-00382-WYD and count one of Indictment in 10-cr-00531-WYD, to run concurrently.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at the most appropriate facilty with the Residential Drug Abuse Program (R.D.A.P.), and preferably one within the state of Colorado.**

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years on count one of Indictment in 10-cr-00382-WYD and count one of Indictment in 10-cr-00531-WYD, to run concurrently.

**ORDERED:**   **Conditions** of **Supervised Release** are:

   (X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

   (X)   Defendant shall not commit another federal, state or local crime.

   (X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

   (X)   Defendant shall comply with standard conditions adopted by the Court.

   (X)   Defendant shall not unlawfully possess a controlled substance.

|     |     |
| --- | --- |
| (X) | The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance. |
| (X) | The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer. |
| **ORDERED:** | **Special Condition(s)** of **Supervised Release** are: |
| (X) | The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer. |
| (X) | The defendant shall obtain his General Equivalency Diploma (GED) not later than **twelve (12) months after he is placed on supervised release.** |
| **ORDERED:** | Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately. |
| **ORDERED:** | **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision. |
| **ORDERED:** | Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis. |
| **ORDERED:** | Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Miguel Angel Cortez (ECF Doc. #112 in 10-cr-00382-WYD), filed October 14, 2011, is **GRANTED.**<br><br>Order Dismissing Remaining Counts of Indictment as to Defendant Miguel Angel Cortez Only (10-cr-00382-WYD) is **APPROVED BY THE COURT.** |
| **ORDERED:** | Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Miguel Angel Cortez (ECF Doc. #271 in 10-cr-00531-WYD), filed October 14, 2011, is **GRANTED.**<br><br>Order Dismissing Remaining Counts of Indictment as to Defendant Miguel Angel Cortez Only (10-cr-00531-WYD) is **APPROVED BY THE COURT.** |

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**2:35 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   :30**