IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00382-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2.  MIGUEL ANGEL CORTEZ**,

    Defendant.

---

**ORDER DISMISSING REMAINING COUNTS OF INDICTMENT
AS TO DEFENDANT MIGUEL ANGEL CORTEZ ONLY**

---

THIS MATTER comes before the Court on the United States' Motion to Dismiss the Remaining Counts of the Indictment as to Defendant Miguel Angel Cortez.  The Court having reviewed the Motion and being fully advised in the premises, it is

ORDERED that the Government's Motion to Dismiss the Remaining Counts of the Indictment as to Defendant Miguel Angel Cortez (ECF Doc. #271), filed October 14, 2011, is **GRANTED.**  It is further

ORDERED that pursuant to the plea agreement, all remaining counts of the Indictment are **DISMISSED** as to Defendant Miguel Angel Cortez only.

Dated:  October 28, 2011.

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      WILEY Y. DANIEL,
                                      CHIEF UNITED STATES DISTRICT JUDGE